IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division



JOSE EVANS, *et al.*,

    *Plaintiffs*,

v.

TRINITY INDUSTRIES, INC., *et al.*,

    *Defendants*.

Civil Action No. 2:15-cv-00314-RBS-DEM

## ORDER GRANTING CONSENT MOTION TO CONTINUE TRIAL DATE

This matter is before the Court on Defendants' Consent Motion to Continue Trial Date [ECF No. 64]. Having carefully considered the Motion, and there being no objection by counsel for Plaintiffs, the Motion is GRANTED. The trial dates for the above-captioned case are hereby moved to July 11, 2016 – July 15, 2016, which are available on the court's docket. All other dates and deadlines in the Rule 16(b) Scheduling Order [ECF No. 47] remain unchanged.

IT IS SO ORDERED.

Entered this 2nd day of ~~February~~ March, 2016.

/s/
Rebecca Beach Smith
Chief Judge

United States District Court Judge/Magistrate Judge

WE ASK FOR THIS:

Matthew B. Kirsner (VSB No. 41615)
Eckert Seamans Cherin & Mellott, LLC
919 East Main Street, Suite 1300
Richmond, Virginia 23219
Tel: (804) 788-7740

1

Fax: (804) 698-2950
mkirsner@eckertseamans.com

Edward J. Longosz, II (VSB No. 39411)
Eckert Seamans Cherin & Mellott, LLC
1717 Pennsylvania Avenue, N.W.
12th Floor
Washington, DC 20006
Tel: (202) 659-6600
Fax: (202) 659-6699
elongosz@eckertseamans.com

Richard J. Cromwell (VSB No. 30914)
McGuireWoods LLP
101 West Main Street
Suite 9000
Norfolk, VA 23510-1655
Tel: (757) 640-3775
Fax: (757) 640-8955
rcromwell@mcguirewoods.com

Russell Clay Brown (*pro hac vice*)
The Law Office of Russell Clay Brown
P. O. Box 1780
Henderson, TX 75653-1780
Tel: (903) 657-8553
Fax: (903) 655-0218
russell@rcbrownlaw.com

*Counsel for Defendants Trinity Industries, Inc. and Trinity Highway Products, LLC*

SEEN AND AGREED:

_____
Jeffrey A. Breit, Esq.
Breit Drescher Imprevento, P.C.
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, VA 23451
757 622 6000
jbreit@bdb.com

Michael F. Imprevento, Esq.
Breit Drescher Imprevento, P.C.

Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, VA 23451
757 670 3884
mimprevento@breitdrescher.com

Collen Clark, Esq.
2911 Turtle Creek, Suite 1400
Dallas, TX 75219
214 780 0500
Fax: 214 780 0501
cclark@clarklawgroup.com

Josh B. Maness, Esq.
480 W. Texas Avenue
Waskom, TX 75692
(903) 407-8455
Fax: (877) 320-5751

*Counsel for Plaintiffs*

75605063_1