FILED
MAR - 2 2016
CLERK, US DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| JOSE EVANS, *et al.*, | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| v. | ) Civil Action No. 2:15-cv-00314-RBS-DEM |
| | ) |
| TRINITY INDUSTRIES, INC., *et al.*, | ) |
| | ) |
| *Defendants.* | ) |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between all parties, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

Dated: March 2, 2016

FOR THE PLAINTIFFS:

/s/

Jeffrey A. Breit, Esq.
Breit Drescher Imprevento, P.C.
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, VA 23451
757 6222 6000
jbreit@bdb.com

Michael F. Imprevento, Esq.
Breit Drescher Imprevento, P.C.
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, VA 23451
757 670 3884

mimprevento@breightdrescher.com

Collen Clark, Esq. (*pro hac vice*)
Texas State Bar No. 04309100
2911 Turtle Creek, Suite 1400
Dallas, TX 75219
214 780 0500
Fax: 214 780 0501
cclark@clarklawgroup.com

Josh B. Maness, Esq.
Texas State Bar No. 24046340
480 W. Texas Ave.
Waskom, Texas 75692

*Counsel for Plaintiffs*

FOR THE DEFENDANTS:

/s/ Richard Cromwell

Matthew B. Kirsner (VSB No. 41615)
Eckert Seamans Cherin & Mellott, LLC
919 East Main Street, Suite 1300
Richmond, Virginia 23219
Tel: (804) 788-7740
Fax: (804) 698-2950
mkirsner@eckertseamans.com

Edward J. Longosz, II (VSB No. 39411)
Eckert Seamans Cherin & Mellott, LLC
1717 Pennsylvania Avenue, N.W.
12th Floor
Washington, DC 20006
Tel: (202) 659-6600
Fax: (202) 659-6699
(elongosz@eckertseamans.com)

Richard J. Cromwell (VSB No. 30914)
McGuireWoods LLP
101 West Main Street
Suite 9000
Norfolk, VA 23510-1655
Tel: (757) 640-3775

2

Fax: (757) 640-8955
rcromwell@mcguirewoods.com

Russell Clay Brown (*pro hac vice*)
The Law Office of Russell Clay Brown
P. O. Box 1780
Henderson, TX 75653-1780
Tel: (903) 657-8553
Fax: (903) 655-0218
russell@rcbrownlaw.com

*Counsel for Defendants Trinity Industries, Inc. and Trinity Highway Products, LLC*

75698856_1